UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCO AGUILERA, *et al.*, | ) |
| | ) |
|   Plaintiffs, | ) |
| | ) |
|      v. | ) Case No. 1:07-cv-1575-CKK |
| | ) |
| YOSHIAKI ITOH, *et al.*, | ) |
| | ) |
|   Defendants. | ) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

     I, the undersigned, counsel of record for Silver Rooster Corporation, certify that to the best of my knowledge and belief there are no parent companies, subsidiaries, or affiliates of Silver Rooster Corporation that have any outstanding securities in the hands of the public.

     These representations are made in order that the judges of this Court may determine the need for recusal.

                                               SILVER ROOSTER CORPORATION
                                               By Counsel

      /S/ Aaron S. Book
Aaron S. Book (DC Bar # 490815)
WEBSTER BOOK LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229 (tel.)
703-991-9178 (fax)
abook@websterbook.com
*Counsel for Defendants*

2

CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Linda M. Correia, Esq. (D.C. Bar No.435027)
Webster, Frederickson, Henrichsen
Correia & Puth, PLLC
1775 K Street, NW, Suite 600
Washington, DC 20006
(202) 659-8510 (tel.)
(202) 659-4082 (fax)
lcorreia@wfhcplaw.com
*Counsel for Plaintiffs*


      /S/ Aaron S. Book
Aaron S. Book

2