UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCO AGUILERA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-1575-CKK |
| | ) |
| YOSHIAKI ITOH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Defendants, by counsel, move for a brief continuance of the Initial Scheduling Conference in this matter. The Initial Scheduling Conference presently is set for February 27, 2008, at 9:00 a.m. Counsel for Defendants has a trial that day at 9:00 a.m. in Fairfax County, Virginia.

Counsel for the parties have conferred and the following dates are mutually available for the Initial Scheduling Conference: March 3, March 10.

WHEREFORE, Defendants request that the Initial Scheduling Conference be continued to either March 3 or March 10.

YOSHIAKI ITOH
SILVER ROOSTER CORPORATION
By Counsel

_____/S/ Aaron S. Book_____
Aaron S. Book (DC Bar # 490815)
WEBSTER BOOK LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229 (tel.)
703-991-9178 (fax)
abook@websterbook.com
*Counsel for Defendants*

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on February 7, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Linda M. Correia, Esq. (D.C. Bar No.435027)
Webster, Fredrickson, Henrichsen
Correia & Puth, PLLC
1775 K Street, NW, Suite 600
Washington, DC 20006
(202) 659-8510 (tel.)
(202) 659-4082 (fax)
lcorreia@wfhcplaw.com
*Counsel for Plaintiffs*

Kathleen Laskey-Donovan, Esq.
Equal Justice Works Fellow
D.C. Employment Justice Center
727 15th St. NW, 2nd floor
Washington, D.C. 20005
202-828-9675 ext. 18 (tel.)
202-828-9190 (fax)
klaskey@dcejc.org
*Counsel for Plaintiffs*


      /S/ Aaron S. Book
Aaron S. Book

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCO AGUILERA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-1575-CKK |
| | ) |
| YOSHIAKI ITOH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER CONTINUING INITIAL SCHEDULING CONFERENCE

THIS CAUSE came to be heard on Defendants' motion to continue the Initial Scheduling Conference in this matter.

IT IS ORDERED that the motion is GRANTED and that the Initial Scheduling Conference is continued until _____, 2008.

IT IS FURTHER ORDERED that the provisions of the Order For Initial Scheduling Conference, issued by this Court on February 6, 2008, shall remain in effect.

Entered this _____ day of February, 2008.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge