UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCO AGUILERA, et al.. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>YOSHIAKI ITOH, et al., )<br>)<br>Defendants. )<br>_____) | Case No. 1:07-cv-01575 (CKK) |

## JOINT MEET AND CONFER STATEMENT

Pursuant to the Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3(c), Plaintiffs Marco Aguilera, Juan Jose Abego, and Cesar Monge, and Defendants Yoshiaki Itoh, and Silver Rooster Corporation d/b/a Makoto Restaurant, by and through their undersigned counsel, hereby jointly issue this statement of their conference regarding discovery in this matter. The parties' proposed Scheduling Order is also submitted herewith.

Counsel for the parties have conferred by telephone to discuss the matters set forth in Local Civil Rule 16.3(c) as well as scheduling. This statement reflects the agreement of Plaintiffs' and Defendants' counsel on behalf of their clients.

In order to assist the Court in setting a schedule for this case, this report addresses the provisions of LcvR 16.3(c) as follows:

1. The parties propose a deadline of June 30, 2008 for the filing of dispositive motions, July 21, 2008, for the filing of opposition briefs, and July 30, 2008, for the filing of reply briefs.

2. The parties propose a deadline for joinder of parties or amendment of the pleadings be set for April 4, 2008. Some of the factual and legal issues may be resolved before trial.

3. The parties agree that this matter should be assigned to a magistrate judge for all purposes, including trial. If assigned to a magistrate judge, the Plaintiffs agree to proceed with a bench trial.

4. The parties have engaged in settlement discussions and are prepared to discuss settlement further, but cannot assess now whether there is a reasonable chance of settlement the case. The parties believe that they will be in a better position to discuss settlement following the exchange of initial disclosures.

5. The parties request that this matter be referred to a magistrate for mediation purposes after March 28, 2008.

6. The parties do not believe the case can be resolved by summary judgment or a motion to dismiss.

7. The parties are not dispensing with initial disclosures pursuant to Rule 26(a)(1). The parties seek leave to exchange initial disclosures by February 29, 2008.

8. The parties propose that discovery requests be propounded by April 17, 2008. The parties propose that all answers to discovery requests be submitted by May 29, 2008 and that discovery be closed May 29, 2008. The parties do not anticipate that the filing of protective orders will be necessary.

9. The parties agree that a proponent's expert witness opinions and reports, as per Rule 26(a)(2), shall be served by no later than March 28, 2008. The parties

      further agree that depositions of any designated expert witnesses shall be taken by the close of discovery.

10.   This matter is not a class action subject to Federal Rule of Civil Procedure 23.

11.   The parties do not believe that bifurcated discovery or a bifurcated trail is appropriate.

12.   The parties defer to the Court for the pretrial conference date.

13.   The parties propose that the Court set a trial date 30 to 60 days after the pretrial conference.

14.   No additional matters need to be addressed in the scheduling order at this time.

## PLAINTIFFS' STATEMENT OF THE CASE AND STATUTORY BASES FOR CAUSES OF ACTION AND DEFENSES

Plaintiffs Marco Aguilera, Juan Jose Abrego, and Cesar Monge worked at the Defendant Silver Rooster Corporation d/b/a Makoto Restaurant ("Makoto") at various times from February 27, 2001 through April 2007. Makoto is located in Washington, D.C. All of the Plaintiffs performed various kitchen and cleaning jobs at Makoto under the direction of Defendant Yoshiaki Itoh ("Itoh"). Plaintiffs never had any contact with Makoto's customers. At all times, Itoh had the authority to control the Plaintiffs' wages terminate their employment, and controlled the terms and conditions of their employment.

Throughout their employment at Makoto, Plaintiffs Aguilera and Abrego worked approximately 66 hours per week. Throughout his employment at Makoto, Plaintiff Monge worked approximately 65 hours per week. The Plaintiffs were never paid time and a half their regular rates for each hour over forty that they worked in a week in violation of the Fair Labor Standards Act and the D.C. Minimum Wage Revision Act. Plaintiff Aguilera was paid $6.59 an hour from January 2005 through January 2007, which was below the District of Columbia minimum wage. Plaintiff Abrego was paid $6.06 an hour for all of the hours he worked from December 2004 through December 2005, which was below the District of Columbia minimum wage. Plaintiff Monge was paid $6.15 an hour for all of the hours he worked from approximately December 5, 2005 through April 30, 2007, which was below the District of Columbia minimum wage. From time to time, Defendant Itoh paid all Plaintiffs various amounts of gratuities from a tipping pool that included all Makoto employees, employees who did and did not

4

customarily receive tips from customers. Defendant Itoh never informed the Plaintiffs that he intended to credit gratuity payments toward their wages in order to satisfy the District of Columbia minimum wage.

Defendants will submit a brief statement of the case and the statutory bases for all defenses in a supplemental pleading filed no later than 72 hours prior to the Initial Scheduling Conference.

Dated: February 21, 2008

                Respectfully Submitted,

                WEBSTER, FREDRICKSON,
                HENRICHSEN, CORREIA & PUTH,
                P.L.L.C.

                **/s/ *Linda M. Correia***
                Linda M. Correia, D.C. Bar No. 435027
                1775 K Street, NW, Suite 600
                Washington, DC 20006
                (202) 659-8510 (telephone)
                (202) 659-4082 (facsimile)
                lcorreia@wfhcplaw.com

                **COUNSEL FOR PLAINTIFFS**

AND:

Dated: February 21, 2008       **/s/ *Aaron S. Book***
                Aaron S. Book, D.C. Bar No. 490815
                Webster Book LLP
                1 North King Street
                Leesburg, VA 20176
                (703) 779-8767 (telephone)
                (703) 991-9178 (fascimile)
                abook@websterbook.com

                **COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2008, I presented the foregoing to the Clerk for the Court for filing and uploading to the CM/ECF system. I further certify that on the same date I caused the foregoing to be sent first-class mail, postage prepaid to Defendants at the following address:

Aaron S. Book
Webster Book LLP
1 North King Street
Leesburg, VA 20176

/s/ *Linda M. Correia*
Linda M. Correia, D.C. Bar No. 435027
Webster, Fredrickson, Henrichsen, Correia & Puth, P.L.L.C.
1775 K Street, NW, Suite 600
Washington, DC 20006
(202) 659-8510 (telephone)
(202) 659-4082 (facsimile)
lcorreia@wfhcplaw.com

**COUNSEL FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCO AGUILERA, et al..        )
                               )
    Plaintiffs,                )
                               )   Case No. 1:07-cv-01575 (CKK)
    v.                         )
                               )
YOSHIAKI ITOH, et al.,         )
                               )
    Defendants.                )
                               )
_____)

**ORDER**

Upon consideration of the parties' Rule 16.3 statement and the entire record herein, it is hereby ORDERED as follows:

1. Initial disclosures shall be exchanged by February 29, 2008.

2. The proponent of any expert shall serve any expert reports and opinions by March 28, 2008;

3. The date by which any other parties shall be joined or the pleadings amended shall be April 4, 2008;

4. The date by which all discovery requests shall be propounded is April 17, 2008. All discovery shall be completed by May 29, 2008;

5. Dispositive motions shall be filed by June 30, 2008; any opposition thereto shall be filed by July 21, 2008; and any reply shall be filed by July 30, 2008;

6. This matter shall be referred to Magistrate Judge _____ for mediation and all purposes, including trial on _____, 2008;

7. A pretrial conference is set for _____, 2008;

8. Trial in this matter shall commence on _____, 2008.

Dated: _____          _____
                           THE HONORABLE COLLEEN KOLLAR-KOTELLY
                           UNITED STATES DISTRICT JUDGE


Copies to:

Linda M. Correia, Esq.
Webster, Fredrickson, Henrichsen, Correia & Puth, P.L.L.C.
1775 K Street, NW, Suite 600
Washington, DC 20006


Aaron S. Book, Esq.
Webster Book LLP
1 North King Street
Leesburg, VA 20176