UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCO AGUILERA, *et al.*, | ) |
|     Plaintiffs, | ) |
| v. | ) Case No. 1:07-cv-1575-CKK |
| YOSHIAKI ITOH, *et al.*, | ) |
|     Defendants. | ) |

**DEFENDANTS' BRIEF STATEMENT
OF THE CASE AND STATUTORY BASIS FOR DEFENSES**

Defendants, by counsel, in accordance with this Court's Order of February 6, 2008, file the following brief statement of the case and statutory basis for defenses.

This action is brought by three former employees of Silver Rooster Corporation, all of whom worked at Makoto Restaurant, which is the trade name of Silver Rooster Corporation. Yoshiaki Itoh is the president of Silver Rooster Corporation and is the chef of Makoto. Mr. Itoh has been in the restaurant business in Washington D.C. for many years and Makoto has established itself as one of the premier Japanese restaurants on the East Coast.

The plaintiffs were employees of Makoto primarily as dishwashers, but they performed other duties in addition to dishwashing. Each plaintiff worked approximately 65 hours per week and received daily meals, bonuses, and paid vacations. In addition, at least one of the plaintiffs was given assistance by Mr. Itoh in attempting to obtain United States citizenship. When each plaintiff was hired, they were informed that they would share in tips from a tip pool and that such tips were to be included in the calculation of their minimum wage. This practice is customary in Washington, D.C., where dishwashers share in the tips generated by the wait staff through the use of a tip pool.

-2-

Defendants deny the amounts claimed by plaintiffs and state that, to the extent there is found to be a violation of the Fair Labor Standards Act or the District of Columbia Minimum Wage Revision Act, such violation was neither intentional nor willful, and defendants had reasonable grounds to believe that their actions were not in violation of the law.  As such, plaintiffs should not be entitled to any additional amounts as liquidated damages.  *See* U.S.C.A. § 260; D.C. Code § 32-1012.  Further, some of plaintiffs' claims may be barred by the applicable statute of limitations.

Defendants have indicated their willingness to engage in alternative dispute resolution and have discussed this option with plaintiffs, who also appear willing to pursue resolution of this matter.

                                                    YOSHIAKI ITOH
                                                    SILVER ROOSTER CORPORATION
                                                    By Counsel

_____/S/ Aaron S. Book_____
Aaron S. Book (DC Bar # 490815)
WEBSTER BOOK LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229 (tel.)
703-991-9178 (fax)
abook@websterbook.com
*Counsel for Defendants*

-2-

-3-

## CERTIFICATE OF SERVICE

       I hereby certify that on February 28, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Linda M. Correia, Esq. (D.C. Bar No.435027)
Webster, Fredrickson, Henrichsen
Correia & Puth, PLLC
1775 K Street, NW, Suite 600
Washington, DC 20006
(202) 659-8510 (tel.)
(202) 659-4082 (fax)
lcorreia@wfhcplaw.com
*Counsel for Plaintiffs*

Kathleen Laskey-Donovan, Esq.
Equal Justice Works Fellow
D.C. Employment Justice Center
727 15th St. NW, 2nd floor
Washington, D.C. 20005
202-828-9675 ext. 18 (tel.)
202-828-9190 (fax)
klaskey@dcejc.org
*Counsel for Plaintiffs*

      /S/ Aaron S. Book
Aaron S. Book