## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCO AGUILERA**, *et al* | : |
| Plaintiff s | : |
| v. | : Civil Action No. 07**cv1575** |
| | : Judge Colleen Kollar-Kotelly |
| **YOSHIAKI ITOH**, *et al* | : |
| Defendants | : |

## ORDER

It is this 28 day of February 28, 2008,

**ORDERED** that pursuant to the parties' Joint Report of Local Rule 16.3 Meeting, the above-captioned case has been referred to Magistrate Judge Alan Kay for <u>all purposes</u>, including trial. The parties are to contact Magistrate Judge Alan Kay's chambers at (202) 354-3030 to schedule further proceedings; and it is

**FURTHER ORDERED** that the Initial Scheduling Conference previously scheduled for March 3, 2008, is hereby vacated.

_____

**COLLEEN KOLLAR-KOTELLY**
**United States District Judge**

Copies to:

Magistrate Judge Alan Kay
Linda M. Correia, Esq.
Aaron S. Book, Esq.

