UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCO AGUILERA, *et al.*,

        Plaintiffs,

v.

YOSHIAKI ITOH, *et al.*,

        Defendants.

Civil Action No. 07-1575 (AK)

## SCHEDULING ORDER

This matter having come before the Court for a Telephonic Scheduling Conference, and the Court having considered the representations made by counsel during the conference, and the entire record in the case, it is hereby this 12th day of March, 2008,

**ORDERED** that the parties will comply with the following schedule:

| | | |
|---|---|---|
| 1. | The proponent of any expert shall serve its expert reports and opinions by: | March 28, 2008 |
| 2. | Mediation with Magistrate Judge Facciola:[1] | April 2, 2008<br>2:00 p.m. |
| 3. | Joinder of Parties or Amendment of Pleadings: | April 4, 2008 |
| 4. | Date by which discovery requests shall be propounded: | April 17, 2008 |
| 5. | Close of all discovery: | May 29, 2008 |

---

[1] Counsel should contact Judge Facciola's chambers, at 202-354-3130, immediately, if there is a conflict with the April 2, 2008 date or time.

6.       Dispositive motions due by:       June 30, 2008

7.       Oppositions to dispositive motions due by:       July 21, 2008

8.       Replies to dispositive motions due by:       July 30, 1008

An August 2008 trial date will be scheduled in the near future.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE