UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCO AGUILERA, et al..**, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**YOSHIAKI ITOH, et al.**, )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No. 1:07-cv-01575 (CKK) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Marco Aguilera, Juan Jose Abrego, and Cesar Monge; and Defendants Yoshiaki Itoh and the Silver Rooster Corporation; (hereafter the "Parties"), hereby respectfully file their Stipulation of Dismissal with Prejudice in the above-entitled action. The parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and fees.

CONSENTED TO BY:

Dated: May 27, 2008

_/s/ Linda M. Correia_____
Linda M. Correia
D.C. Bar No. 435027
Webster, Fredrickson, Henrichsen,
Correia & Puth, PLLC.
1775 K Street, NW
Suite 600
Washington, DC 20006
(202) 659-8510 (telephone)
(202) 659-4082 (facsimile)
lcorreia@wfhcplaw.com

**COUNSEL FOR PLAINTIFFS**

Dated:  May 27, 2008    __/s/ Aaron S. Book_____
Aaron S. Book
D.C. Bar 490815
Webster Book LLP
1 North King Street
Leesburg, VA 20176
(703) 779-8767 (telephone)
(703) 991-9178 (fascimile)
abook@websterbook.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2008, I presented the foregoing to the Clerk for the Court for filing and uploading to the CM/ECF system. I further certify that on the same date I sent the foregoing first-class mail, postage prepaid to Defendants at the following address:

Aaron S. Book
Webster Book LLP
1 North King Street
Leesburg, VA 20176

                                                                                   /s/ *Linda M. Correia*
Linda M. Correia, D.C. Bar No. 435027
Webster, Fredrickson, Henrichsen, Correia & Puth, P.L.L.C.
1775 K Street, NW, Suite 600
Washington, DC 20006
(202) 659-8510 (telephone)
(202) 659-4082 (facsimile)
lcorreia@wfhcplaw.com

**COUNSEL FOR PLAINTIFFS**