REFERRAL TO MAGISTRATE JUDGE

CATEGORY: K

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 29:201 Fair Labor Standards Act | | | |
|---|---|---|---|---|
| CASE NO:<br>07-1575 | DATE REFERRED:<br>3/13/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement | JUDGE:<br>Alan Kay | MAG. JUDGE<br>John M. Facciola |

| PLAINTIFF(S):<br>MARCO AGUILERA, et al. | DEFENDANT(S):<br>MAKOTO RESTAURANT, et al. |
|---|---|

ENTRIES: